UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
DAVIS, WILLIAM A. § Case No. 15-42289
 §
 §
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/15/2015. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 144,197.16 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 9,531.80 |
| Bank Service Fees | | 90.00 |
| Other Payments to Creditors | | 70,101.36 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 64,474.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/21/2017 and the deadline for filing governmental claims was 02/21/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $10,459.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $10,459.86, for a total compensation of $10,459.86. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 11/01/2017     By : /s/ Joseph A. Baldi
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 15-42289 | Judge: Deborah L. Thorne | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: DAVIS, WILLIAM A. | | Date Filed (f) or Converted (c): 12/15/2015 (f) |
| | | 341(a) Meeting Date: 01/25/2016 |
| For Period Ending: 11/01/2017 | | Claims Bar Date: 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Real Property - 4415 S Oakenwald Ave, Chicago, IL | 250,000.00 | 0.00 | | 35,000.00 | FA |
| 2. Real Property - 5851 S La Salle St, Chicago, IL | 65,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Property - 4800 S Chicago Beach Dr , Chicago, IL | 60,000.00 | 0.00 | | 0.00 | FA |
| 4. Real Property - 1680 NW 122nd St, Miami, FL. | 70,000.00 | 37,000.00 | | 89,197.16 | FA |
| 5. Real Property - 14334 Dorchester Ave, Dolton, IL. | 95,000.00 | Unknown | | 0.00 | FA |
| 6. Real Property - 6700 S Shore Dr Unit 20J, Chicago, IL. | 40,000.00 | 40,000.00 | | 20,000.00 | FA |
| 7. Real Property - 7411 S. Constance Ave, Chicago, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles - Volvo C70 2012 | 18,175.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES - Ford Ranger XL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 12. Bank Accounts - Harris Bank | 1,350.00 | 0.00 | | 0.00 | FA |
| 13. Bank Accounts - Chase | 900.00 | 0.00 | | 0.00 | FA |
| 14. Jackson Variable Annuity IRA | 56,091.00 | 0.00 | | 0.00 | FA |
| 15. Met Life Variable Annuity IRA | 202,581.00 | 0.00 | | 0.00 | FA |
| 16. MM IRA | 13,069.77 | 0.00 | | 0.00 | FA |
| 17. Individual 401K Account | 197,000.00 | 0.00 | | 0.00 | FA |
| 18. Tenant security deposits | 3,550.00 | 0.00 | | 0.00 | FA |
| 19. College America 529pbn Plan | 4,800.00 | 0.00 | | 0.00 | FA |
| 20. Davis Family Trust Dated July, 2008 (u) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 15-42289 | Judge: Deborah L. Thorne | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: DAVIS, WILLIAM A. | | Date Filed (f) or Converted (c): 12/15/2015 (f) |
| | | 341(a) Meeting Date: 01/25/2016 |
| For Period Ending: 11/01/2017 | | Claims Bar Date: 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

|  |  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 1,280,016.77 | 77,000.00 | | 144,197.16 | 0.00 |

Re Prop. #1  --owned with non-filing spouse.  Property held in tenancy by the entireties.  Trustee filed adversary claiming fraudulent transfer to spouse and objected to exemption claimed.  Trustee's motion to settle for estate's interest in real property is scheduled for hearing in July 2017
Re Prop. #2  .  Owned with non-filing spouse
Stay lifted per order 3/22/16 [dkt 26]
Re Prop. #3  .  Owned jointly with non-filing spouse.
Re Prop. #4   Owned jointly with non-filing spouse,
Sold per court order 1/31/17 [dkt 64]
Re Prop. #5   Owned jointly with non-filing spouse.
Re Prop. #6   Property purchased by Debtor's non-filing spouse with her funds.  May be fraudulent conveyance to spouse.
Trustee's motion to settle with Debtor and spouse for recovery of estate's interest in this real property is scheduled for hearing in July 2017
Re Prop. #7   Owned jointly with non-filing spouse.
Re Prop. #8  Debtor reaffirmed debt 9/5/17 [dkt 83]
Re Prop. #9  not driveable
Re Prop. #11  --and wedding ring
Re Prop. #17  reviewing documents regarding exemption.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 2017:  Order approving settlement with Debtor and others was approved on 7/13/17 [dkt 77].  Trustee recovered settlement proceeds per order.  Trustee worked with his accountants to prepare Estate tax returns.  Trustee resolved claims issues related to claims 1 and 3.  Trustee prepared his final report.

June 2017:  Trustee agreed to sale of Florida home, motion to approve sale approved.  Trustee filed adversary complaint against Debtor, Earlline Davis and 3D Realty to avoid and recover transfer of residence from joint tenancy to tenancy by entirety, avoid and recover estate interest in condo and object to claimed entirety exemption.  Trustee and Debtor settled adversary case for $55,000, motion to approve heard and approved on July 13.  Trustee will prepare final report.

June 2016:  Trustee is investigating potentially fraudulent transfers.  Trustee has extended time within which to object to exemptions.  Trustee is investigating Estate's interest in assets, validity of tenancy by entirety, value of real estate.  Florida property may have no equity due to liens, closing costs and claims of co-owners, considering abandoning Floriday property.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-42289 | Judge: | Deborah L. Thorne | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | DAVIS, WILLIAM A. | | | Date Filed (f) or Converted (c): | 12/15/2015 (f) |
| | | | | 341(a) Meeting Date: | 01/25/2016 |
| For Period Ending: | 11/01/2017 | | | Claims Bar Date: | 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2017      **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**      /s/Joseph A. Baldi       **Date:** 11/01/2017
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-42289 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | DAVIS, WILLIAM A. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5575 Checking Account |
| Taxpayer ID No: | **-***8169 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | | SafeKey Title & Closings, LLC 2900 Glades Cir Ste 750 Weston, FL 33327 | Funds Due to Debtor from closing of 1680 NW 122nd St, North Miami, FL 33167 | | 9,564.00 | | 9,564.00 |
| | [4] | | 50% of gross sale proceeds ($191,000) Carlos Albert Cuellar and Belkys Dupont per order 1/31/17 [dkt 64], after deducting repairs to property ($12,600.51) advanced by E. Davis, and additional ($5.18) to co-owner share, as per settlement | 89,197.16 | 1110-000 | | |
| | | | Dade County - 50% transfer tax stamps | (573.00) | 2500-000 | | |
| | | | Coronado Title -50% title fees | (440.00) | 2500-000 | | |
| | | | 50% MIsc final utility and maintenance fees | (1,092.50) | 2500-000 | | |
| | | | Dade County - 50% real estate tax 1/1/17-1/25/17 | (87.01) | 2820-000 | | |
| | | | Dade County - 50% real estate tax 2016 | (1,296.79) | 2820-000 | | |
| | | | A. Strauss - 50% attorney fee | (175.00) | 3210-000 | | |
| | | | 50% Realtor commission | (5,730.00) | 3510-000 | | |
| | | | 50% Realtor processing fee | (137.50) | 3520-000 | | |
| | | | Owen Loan Serv - 50% Payoff first mortgage | (70,101.36) | 4110-000 | | |
| | | | | Page Subtotals | 9,564.00 | 0.00 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)                                                                        Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-42289 | Trustee Name: | Joseph A. Baldi |
| Case Name: DAVIS, WILLIAM A. | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******5575 Checking Account |
| Taxpayer ID No: **-***8169 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 11/1/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,549.00 |
| 04/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,534.00 |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,519.00 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,504.00 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,489.00 |
| 08/03/2017 | | William A. Davis<br>4415 S Oakenwald Ave<br>Chicago, IL 60653 | Settlement Agreement | | 55,000.00 | | 64,489.00 |
| | [1] | | Settlement Agreement 35,000.00 | 1141-000 | | | |
| | | | Page Subtotals | | 55,000.00 | 75.00 | |

UST Form 101-7-TFR (5/1/2011) (Page 7)   Exhibit B

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-42289 | Trustee Name: Joseph A. Baldi |
| Case Name: DAVIS, WILLIAM A. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5575 Checking Account |
| Taxpayer ID No: **-***8169 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 11/1/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [6] | | Settlement Agreement    20,000.00 | 1141-000 | | | |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 64,474.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 55,000.00 | 15.00 |
| **COLUMN TOTALS** | 64,564.00 | 90.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 64,564.00 | 90.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 64,564.00 | 90.00 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 144,197.16 | |
| All Accounts Gross Disbursements: | 79,723.16 | |
| All Accounts Net: | 64,474.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5575 Checking Account | 64,564.00 | 90.00 | |
| **Net Totals** | 64,564.00 | 90.00 | 64,474.00 |

| Case: 15-42289 | | | | | | Joseph A. Baldi Trustee |
|---|---|---|---|---|---|---|
| DAVIS, WILLIAM A. | | CLAIMS REGISTER | | | | Dated: Nov 01, 2017 |
| | | | | | | EXHIBIT C Page 1 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100-000<br>ADMIN | Valid To Pay | 10,459.86 | 10,459.86 | 0.00 | 10,459.86 | 0.00 |
| | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110-000<br>ADMIN | Valid To Pay | 20,000.00 | 16,100.00 | 0.00 | 16,100.00 | 0.00 |
| | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3120-000<br>ADMIN | Valid To Pay | 476.07 | 476.07 | 0.00 | 476.07 | 0.00 |
| | Kutchins, Robbins & Diamond, Ltd.<br>35 E Wacker Dr<br>Chicago, IL 60601 | 3410-000<br>ADMIN | Valid To Pay | 1,606.50 | 1,606.50 | 0.00 | 1,606.50 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **32,542.43** | **28,642.43** | **0.00** | **28,642.43** | **0.00** |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00003A | Quaker Oats Credit Union<br>3535 Center Point Rd NE<br>Cedar Rapids, IA 52402 | 4210-000<br>SEC | Valid To Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SECURED TOTAL** | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| Case: 15-42289 | | | | | | | Joseph A. Baldi Trustee |
| DAVIS, WILLIAM A. | | | CLAIMS REGISTER | | | | Dated: Nov 01, 2017 |
| | | | | | | | EXHIBIT C Page 2 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---:|---:|---:|---:|---:|
| 00001 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP<br>1 N La Salle St Ste 1600<br>Chicago, IL 60602 | 7100-000 UNSEC | Valid To Pay | 113,996.97 | 113,996.97 | 0.00 | 17,762.65 | 96,234.32 |
| 00002 | Derrick M. Thompson, Jr. Hoogendoor & Talbot, LLP<br>122 S Michigan Ave Ste 1220<br>Chicago, IL 60603 | 7100-000 UNSEC | Valid To Pay | 15,461.65 | 15,461.65 | 0.00 | 2,409.18 | 13,052.47 |
| 00003 | Quaker Oats Credit Union<br>3535 Center Point Rd NE<br>Cedar Rapids, IA 52402 | 7100-000 UNSEC | Valid To Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00004 | Marilynn Pavlik<br>6927 30th St<br>Berwyn, IL 60402 | 7100-000 UNSEC | Valid To Pay | 100,501.00 | 100,501.00 | 0.00 | 15,659.74 | 84,841.26 |
| **UNSECURED TOTAL** | | | | 229,959.62 | 229,959.62 | 0.00 | 35,831.57 | 194,128.05 |
| **REPORT TOTALS** | | | | 262,502.05 | 258,602.05 | 0.00 | 64,474.00 | 194,128.05 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-42289
Case Name: DAVIS, WILLIAM A.

Trustee Name: Joseph A. Baldi

| | |
|---|---:|
| Balance on Hand | $64,474.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 00003A | Quaker Oats Credit Union | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to secured creditors | | | | | $ 0.00 |
| Remaining Balance | | | | | $ 64,474.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: Joseph A. Baldi | $ 10,459.86 | $ 0.00 | $ 10,459.86 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd | $ 16,100.00 | $ 0.00 | $ 16,100.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd | $ 476.07 | $ 0.00 | $ 476.07 |
| Other: Kutchins, Robbins & Diamond, Ltd. | $ 1,606.50 | $ 0.00 | $ 1,606.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 28,642.43 |
| Remaining Balance | | | $ 35,831.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $229,959.62 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.6 %, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011) Page 11

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Chicago Regional Council of | $ 113,996.97 | $ 0.00 | $ 17,762.65 |
| 00002 | Derrick M. Thompson, Jr. Hoogendoor | $ 15,461.65 | $ 0.00 | $ 2,409.18 |
| 00003 | Quaker Oats Credit Union | $ 0.00 | $ 0.00 | $ 0.00 |
| 00004 | Marilynn Pavlik | $ 100,501.00 | $ 0.00 | $ 15,659.74 |
| | Total to be paid to timely general unsecured creditors | | | $ 35,831.57 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE