UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
DAVIS, WILLIAM A.  §  Case No. 15-42289
 §
Debtor(s)  §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $443,875.00 (Without deducting any secured claims) | Assets Exempt: $491,141.77 |
| Total Distributions to Claimants: $105,932.93 | Claims Discharged Without Payment: $194,494.05 |
| Total Expenses of Administration: $38,264.23 | |

3) Total gross receipts of $144,197.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $144,197.16 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $346,063.00 | $70,101.36 | $70,101.36 | $70,101.36 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $42,164.23 | $38,264.23 | $38,264.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $246,255.39 | $229,959.62 | $229,959.62 | $35,831.57 |
| **TOTAL DISBURSEMENTS** | $592,318.39 | $342,225.21 | $338,325.21 | $144,197.16 |

4) This case was originally filed under chapter 7 on 12/15/2015. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 02/14/2018        By : /s/ Joseph A. Baldi
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Real Property - 1680 NW 122nd St, Miami, FL. | 1110-000 | $89,197.16 |
| Real Property - 6700 S Shore Dr Unit 20J, Chicago, IL. | 1141-000 | $20,000.00 |
| Real Property - 4415 S Oakenwald Ave, Chicago, IL | 1141-000 | $35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$144,197.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Owen Loan Servicing | 4110-000 | $115,473.00 | $70,101.36 | $70,101.36 | $70,101.36 |
| 00003 | Quaker Oats Credit Union | 4210-000 | $24,000.00 | $0.00 | $0.00 | $0.00 |
| | Flagstar Bank | | $165,040.00 | NA | NA | $0.00 |
| | William A. Davis | | $38,000.00 | NA | NA | $0.00 |
| | Amy Muhamed | | $1,850.00 | NA | NA | $0.00 |
| | Nathaniel Jackson | | $950.00 | NA | NA | $0.00 |
| | Prizgar Gonzales | | $750.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$346,063.00** | **$70,101.36** | **$70,101.36** | **$70,101.36** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd | 3110-000 | NA | $20,000.00 | $16,100.00 | $16,100.00 |
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $1,606.50 | $1,606.50 | $1,606.50 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miami Dade County Clerk | 2820-000 | NA | $1,383.80 | $1,383.80 | $1,383.80 |
| S&A Property | 3510-000 | NA | $5,730.00 | $5,730.00 | $5,730.00 |
| Joseph A. Baldi | 2100-000 | NA | $10,459.86 | $10,459.86 | $10,459.86 |
| Baldi Berg, Ltd | 3120-000 | NA | $476.07 | $476.07 | $476.07 |
| Arnold Strauss | 3210-000 | NA | $175.00 | $175.00 | $175.00 |
| Misc. utilities/maintenance/closing | 2500-000 | NA | $2,105.50 | $2,105.50 | $2,105.50 |
| S&A Property | 3520-000 | NA | $137.50 | $137.50 | $137.50 |
| Texas Capital Bank | 2600-000 | NA | $90.00 | $90.00 | $90.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $42,164.23 | $38,264.23 | $38,264.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | Marilynn Pavlik | 7100-000 | $100,501.00 | $100,501.00 | $100,501.00 | $15,659.74 |
| 00003 | Quaker Oats Credit Union | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | Derrick M. Thompson, Jr. | 7100-000 | $15,000.00 | $15,461.65 | $15,461.65 | $2,409.18 |
| 00001 | Chicago Regional Council of | 7100-000 | $130,388.39 | $113,996.97 | $113,996.97 | $17,762.65 |
|  | Peoples Gas |  | $366.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $246,255.39 | $229,959.62 | $229,959.62 | $35,831.57 |

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 15-42289 | Judge: Deborah L. Thorne | Trustee Name: Joseph A. Baldi |
| Case Name: DAVIS, WILLIAM A. | | Date Filed (f) or Converted (c): 12/15/2015 (f) |
| | | 341(a) Meeting Date: 01/25/2016 |
| For Period Ending: 02/14/2018 | | Claims Bar Date: 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Real Property - 4415 S Oakenwald Ave, Chicago, IL | 250,000.00 | 0.00 | | 35,000.00 | FA |
| 2. Real Property - 5851 S La Salle St, Chicago, IL | 65,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Property - 4800 S Chicago Beach Dr , Chicago, IL | 60,000.00 | 0.00 | | 0.00 | FA |
| 4. Real Property - 1680 NW 122nd St, Miami, FL. | 70,000.00 | 37,000.00 | | 89,197.16 | FA |
| 5. Real Property - 14334 Dorchester Ave, Dolton, IL. | 95,000.00 | Unknown | | 0.00 | FA |
| 6. Real Property - 6700 S Shore Dr Unit 20J, Chicago, IL. | 40,000.00 | 40,000.00 | | 20,000.00 | FA |
| 7. Real Property - 7411 S. Constance Ave, Chicago, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles - Volvo C70 2012 | 18,175.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES - Ford Ranger XL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 12. Bank Accounts - Harris Bank | 1,350.00 | 0.00 | | 0.00 | FA |
| 13. Bank Accounts - Chase | 900.00 | 0.00 | | 0.00 | FA |
| 14. Jackson Variable Annuity IRA | 56,091.00 | 0.00 | | 0.00 | FA |
| 15. Met Life Variable Annuity IRA | 202,581.00 | 0.00 | | 0.00 | FA |
| 16. MM IRA | 13,069.77 | 0.00 | | 0.00 | FA |
| 17. Individual 401K Account | 197,000.00 | 0.00 | | 0.00 | FA |
| 18. Tenant security deposits | 3,550.00 | 0.00 | | 0.00 | FA |
| 19. College America 529pbn Plan | 4,800.00 | 0.00 | | 0.00 | FA |
| 20. Davis Family Trust Dated July, 2008 (u) | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-42289 | Judge: | Deborah L. Thorne | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | DAVIS, WILLIAM A. | | | Date Filed (f) or Converted (c): | 12/15/2015 (f) |
| | | | | 341(a) Meeting Date: | 01/25/2016 |
| For Period Ending: | 02/14/2018 | | | Claims Bar Date: | 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,280,016.77 | 77,000.00 | | 144,197.16 | 0.00 |

Re Prop. #1   --owned with non-filing spouse.  Property held in tenancy by the entireties.  Trustee filed adversary claiming fraudulent transfer to spouse and objected to exemption claimed.  Trustee's motion to settle for estate's interest in real property is scheduled for hearing in July 2017
Re Prop. #2   . Owned with non-filing spouse
Stay lifted per order 3/22/16 [dkt 26]
Re Prop. #3   . Owned jointly with non-filing spouse.
Re Prop. #4   Owned jointly with non-filing spouse,
Sold per court order 1/31/17 [dkt 64]
Re Prop. #5   Owned jointly with non-filing spouse.
Re Prop. #6   Property purchased by Debtor's non-filing spouse with her funds.  May be fraudulent conveyance to spouse.
Trustee's motion to settle with Debtor and spouse for recovery of estate's interest in this real property is scheduled for hearing in July 2017
Re Prop. #7   Owned jointly with non-filing spouse.
Re Prop. #8   Debtor reaffirmed debt 9/5/17 [dkt 83]
Re Prop. #9   not driveable
Re Prop. #11   --and wedding ring
Re Prop. #17   reviewing documents regarding exemption.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 2017:  Order approving settlement with Debtor and others was approved on 7/13/17 [dkt 77].  Trustee recovered settlement proceeds per order.  Trustee worked with his accountants to prepare Estate tax returns.  Trustee resolved claims issues related to claims 1 and 3.  Trustee prepared his final report.

June 2017:  Trustee agreed to sale of Florida home, motion to approve sale approved.  Trustee filed adversary complaint against Debtor, Earlline Davis and 3D Realty to avoid and recover transfer of residence from joint tenancy to tenancy by entirety, avoid and recover estate interest in condo and object to claimed entirety exemption.  Trustee and Debtor settled adversary case for $55,000, motion to approve heard and approved on July 13.  Trustee will prepare final report.

June 2016:  Trustee is investigating potentially fraudulent transfers.  Trustee has extended time within which to object to exemptions.  Trustee is investigating Estate's interest in assets, validity of tenancy by entirety, value of real estate.  Florida property may have no equity due to liens, closing costs and claims of co-owners, considering abandoning Floriday property.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 15-42289 | **Judge:** Deborah L. Thorne | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** DAVIS, WILLIAM A. | | **Date Filed (f) or Converted (c):** 12/15/2015 (f) |
| | | **341(a) Meeting Date:** 01/25/2016 |
| **For Period Ending:** 02/14/2018 | | **Claims Bar Date:** 02/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2017     **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**  /s/Joseph A. Baldi     **Date:** 02/14/2018
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-42289 | Trustee Name: Joseph A. Baldi |
| Case Name: DAVIS, WILLIAM A. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5575 Checking Account |
| Taxpayer ID No: **-***8169 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 2/14/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | [4] | SafeKey Title & Closings, LLC<br>2900 Glades Cir Ste 750<br>Weston, FL 33327 | Funds Due to Debtor from closing of 1680 NW 122nd St, North Miami, FL 33167 | | 9,564.00 | | 9,564.00 |
| | | | 50% of gross sale proceeds ($191,000) Carlos Albert Cuellar and Belkys Dupont per order 1/31/17 [dkt 64], after deducting repairs to property ($12,600.51) advanced by E. Davis, and additional ($5.18) to co-owner share, as per settlement | 89,197.16 | 1110-000 | | |
| | | | Dade County - 50% transfer tax stamps | (573.00) | 2500-000 | | |
| | | | Coronado Title -50% title fees | (440.00) | 2500-000 | | |
| | | | 50% MIsc final utility and maintenance fees | (1,092.50) | 2500-000 | | |
| | | | Dade County - 50% real estate tax 1/1/17-1/25/17 | (87.01) | 2820-000 | | |
| | | | Dade County - 50% real estate tax 2016 | (1,296.79) | 2820-000 | | |
| | | | A. Strauss - 50% attorney fee | (175.00) | 3210-000 | | |
| | | | 50% Realtor commission | (5,730.00) | 3510-000 | | |
| | | | 50% Realtor processing fee | (137.50) | 3520-000 | | |
| | | | Owen Loan Serv - 50% Payoff first mortgage | (70,101.36) | 4110-000 | | |
| | | | | Page Subtotals | 9,564.00 | 0.00 | |

| Case No: | 15-42289 | Trustee Name: | Joseph A. Baldi |
| Case Name: | DAVIS, WILLIAM A. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5575 Checking Account |
| Taxpayer ID No: | **-***8169 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/14/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,549.00 |
| 04/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,534.00 |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,519.00 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,504.00 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,489.00 |
| 08/03/2017 | | William A. Davis<br>4415 S Oakenwald Ave<br>Chicago, IL 60653 | Settlement Agreement | | 55,000.00 | | 64,489.00 |
| | [1] | | Settlement Agreement 35,000.00 | 1141-000 | | | |
| | | | Page Subtotals | | 55,000.00 | 75.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-42289 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | DAVIS, WILLIAM A. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5575 Checking Account |
| Taxpayer ID No: | **-***8169 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/14/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [6] | | Settlement Agreement 20,000.00 | 1141-000 | | | |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 64,474.00 |
| 01/03/2018 | 51001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 10,459.86 | 54,014.14 |
| 01/03/2018 | 51002 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 16,100.00 | 37,914.14 |
| 01/03/2018 | 51003 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3120-000 | | 476.07 | 37,438.07 |
| 01/03/2018 | 51004 | Kutchins, Robbins & Diamond, Ltd.<br>35 E Wacker Dr<br>Chicago, IL 60601 | | 3410-000 | | 1,606.50 | 35,831.57 |
| 01/03/2018 | 51005 | Chicago Regional Council of Carpenters<br>c/o Bruce C. Scalambrino Scalambrino &<br>Arnoff, LLP<br>1 N La Salle St Ste 1600<br>Chicago, IL 60602 | Disb of 15.58% to Claim #00001 | 7100-000 | | 17,762.65 | 18,068.92 |
| | | | Page Subtotals | | 55,000.00 | 46,420.08 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-42289 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | DAVIS, WILLIAM A. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5575 Checking Account |
| Taxpayer ID No: | **-***8169 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/14/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2018 | 51006 | Derrick M. Thompson, Jr. Hoogendoor & Talbot, LLP<br>122 S Michigan Ave Ste 1220<br>Chicago, IL 60603 | Disb of 15.58% to Claim #00002 | 7100-000 | | 2,409.18 | 15,659.74 |
| 01/03/2018 | 51007 | Marilynn Pavlik<br>6927 30th St<br>Berwyn, IL 60402 | Disb of 15.58% to Claim #00004 | 7100-000 | | 15,659.74 | 0.00 |
| | | | | Page Subtotals | 0.00 | 18,068.92 | |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 64,564.00 | 64,564.00 |
| Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| **SUBTOTALS** | | 64,564.00 | 64,564.00 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 64,564.00 | 64,564.00 |

| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 144,197.16 | | | | |
| All Accounts Gross Disbursements: | 144,197.16 | ******5575 Checking Account | 64,564.00 | 64,564.00 | |
| All Accounts Net: | 0.00 | **Net Totals** | 64,564.00 | 64,564.00 | 0.00 |